UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MATTHEW C. BRENNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-cv-00019-MPB-CSW ) |
| MATTHEW R. ELROD, TWO UNKNOWN AGENTS WITH THE US MARSHALL SERVICE, | ) ) ) ) |
| Defendants. | ) ) |
| NOAH ROBINSON, | ) ) ) |
| Miscellaneous. | ) |

## FINAL JUDGMENT

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendants Matthew Elrod and Two Unknown Agents with the U.S. Marshal Service, and against Plaintiff Matthew Brenner.

**IT IS SO ORDERED.**

Dated: June 27, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

MATTHEW C. BRENNER
295727
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
P.O. Box A
NEW CASTLE, IN 47362

Allyson Rebecca Breeden
Stoll Keenon Ogden PLLC
allyson.breeden@skofirm.com

Craig R. Emig
Kahn, Dees, Donovan & Kahn, LLP
cemig@kddk.com

David L. Jones
Dentons Bingham Greenebaum LLP
david.jones@dentons.com

Jordan Matthew Saner
Stoll Keenon Ogden PLLC
jordan.saner@skofirm.com